# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-11115
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 26, 2019

Lyle W. Cayce
Clerk

KESHA TERRY,

Plaintiff-Appellant

v.

SUPERVISOR AND DETENTION WORKERS,

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-4

Before DENNIS, HAYNES, and DUNCAN, Circuit Judges.

PER CURIAM:*

Kesha Terry moves for leave to proceed in forma pauperis (IFP) on appeal. She has also filed a motion to amend her complaint. By moving this court for leave to proceed IFP, Terry is challenging the district court's determination that her appeal is not taken in good faith. *Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11115

"This [c]ourt must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). Because Terry did not file a timely notice of appeal from the district court's denial of her post-judgment motion styled as a motion to reopen and for clarification, this court lacks jurisdiction over the instant appeal. *See id.*; FED. R. APP. P. 4(a)(1)(A).

Accordingly, the appeal is DISMISSED for lack of jurisdiction. Terry's IFP motion is DENIED as MOOT. Her motion to amend her complaint is DENIED.